IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OLDEN DIVIRGILIO,

    Plaintiff,

v.                                                                      4:16cv201-WS-GRJ

CLERK OF COURT, NEW
CASTLE COUNTY COURT OF
CHANCERY, DELAWARE,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 3) docketed April 5, 2016. The magistrate judge recommends that the plaintiff's case be dismissed for lack of subject matter jurisdiction. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 3) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___11th___ day of ___May___, 2016.

                           s/ William Stafford
                           WILLIAM STAFFORD
                           SENIOR UNITED STATES DISTRICT JUDGE